Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-392-419

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Cobalt Blue, Aqua & Gold Decorative Moroccan Tile Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 24, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-421

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Cool Jade & Icy Mint Decorative Moroccan Tile Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 13, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-812

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

**Title** 

         **Title of Work:**  Hot Pink, Gold, Tangerine & Taupe Decorative Moroccan Tile Pattern

## Completion/Publication

      **Year of Completion:**  2014
   **Date of 1st Publication:**  September 23, 2014
  **Nation of 1st Publication:**  South Africa

## Author

         •        **Author:**  Jennifer Le Feuvre
        **Pseudonym:**  Micklyn Le Feuvre
    **Author Created:**  2-D artwork
        **Citizen of:**  South Africa

## Copyright Claimant

    **Copyright Claimant:**  Jennifer Le Feuvre
                     5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

---

## Rights and Permissions

         **Name:**  Jennifer Le Feuvre
        **Email:**  micklynart@gmail.com
     **Address:**  5 Mannings Lane
                  La Concorde
                  Cape Town 7130 South Africa

## Certification

         **Name:**  David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-892

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Rainbow Pastel Watercolor Moroccan Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 31, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-396-032

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

## Title

Title of Work: Royal Purple, Mauve & Indigo Decorative Moroccan Tile Pattern

## Completion/Publication

Year of Completion: 2014
Date of 1st Publication: October 13, 2014
Nation of 1st Publication: South Africa

## Author

• Author: Jennifer Le Feuvre
Pseudonym: Micklyn Le Feuvre
Author Created: 2-D artwork
Citizen of: South Africa

## Copyright Claimant

Copyright Claimant: Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

Name: Jennifer Le Feuvre
Email: micklynart@gmail.com
Address: 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

Name: David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-396-039**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

## Title

           **Title of Work:** Watercolor Ogee Patchwork Pattern

## Completion/Publication

      **Year of Completion:** 2015
    **Date of 1st Publication:** February 08, 2015
  **Nation of 1st Publication:** South Africa

## Author

      •       **Author:** Jennifer Le Feuvre
        **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
      **Citizen of:** South Africa

## Copyright Claimant

  **Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

      **Name:** Jennifer Le Feuvre
      **Email:** micklynart@gmail.com
  **Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

      **Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-392-424

**Effective Date of Registration:**
February 20, 2024

**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Cream, Navy and Aqua Geometric Tile Pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 16, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-429

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

**Title**

    **Title of Work:**  Crystal Bohemian Honeycomb Cubes - colorful hexagon pattern

## Completion/Publication

    **Year of Completion:**  2014
    **Date of 1st Publication:**  October 03, 2014
    **Nation of 1st Publication:**  South Africa

**Author**

    •   **Author:**  Jennifer Le Feuvre
    **Pseudonym:**  Micklyn Le Feuvre
    **Author Created:**  2-D artwork
    **Citizen of:**  South Africa

## Copyright Claimant

    **Copyright Claimant:**  Jennifer Le Feuvre
    5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

    **Name:**  Jennifer Le Feuvre
    **Email:**  micklynart@gmail.com
    **Address:**  5 Mannings Lane
    La Concorde
    Cape Town 7130 South Africa

## Certification

    **Name:**  David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-392-447**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

**Title**

Title of Work: Emerald Doodle

**Completion/Publication**

Year of Completion: 2013
Date of 1st Publication: July 19, 2013
Nation of 1st Publication: South Africa

**Author**

- Author: Jennifer Le Feuvre
  Pseudonym: Micklyn Le Feuvre
  Author Created: 2-D artwork
  Citizen of: South Africa

**Copyright Claimant**

Copyright Claimant: Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

**Rights and Permissions**

Name: Jennifer Le Feuvre
Email: micklynart@gmail.com
Address: 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

**Certification**

Name: David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-415

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Cobalt Blue & China White Folk Art Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 15, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-392-423

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

**Title**

**Title of Work:** Cream Floral Moroccan Pattern on Deep Indigo Ink

**Completion/Publication**

**Year of Completion:** 2014
**Date of 1st Publication:** October 29, 2014
**Nation of 1st Publication:** South Africa

**Author**

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

**Copyright Claimant**

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

**Rights and Permissions**

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

**Certification**

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-396-035

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

## Title

**Title of Work:** Teal and Aqua Lace Mandala on Grey

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 18, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-396-031

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

## Title

**Title of Work:** Round & Round the Rainbow

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** December 09, 2013
**Nation of 1ˢᵗ Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-396-033

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

## Title

**Title of Work:** Sapphire & Jade Stained Glass Mandalas

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 13, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-395-811

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Hot Pink and Gold Baroque Floral Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 10, 2014
**Nation of 1st Publication:** South Africa

## Author

• **Author:** Jennifer Le Feuvre
**Pseudonym:** Micklyn Le Feuvre
**Author Created:** 2-D artwork
**Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-872

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Luminescent Rainbow Jellyfish on Navy Blue

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 04, 2018
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-396-030**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

**Title** _____

Title of Work:  Sunflowers Forever

**Completion/Publication** _____

Year of Completion:  2015
Date of 1st Publication:  February 06, 2015
Nation of 1st Publication:  South Africa

**Author** _____

- Author:  Jennifer Le Feuvre
  Pseudonym:  Micklyn Le Feuvre
  Author Created:  2-D artwork
  Citizen of:  South Africa

**Copyright Claimant** _____

Copyright Claimant:  Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

**Rights and Permissions** _____

Name:  Jennifer Le Feuvre
Email:  micklynart@gmail.com
Address:  5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

**Certification** _____

Name:  David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-882

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Painted Protea Pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 05, 2015
**Nation of 1ˢᵗ Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-881

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

**Title**

    **Title of Work:** Painted King Proteas on cream

**Completion/Publication**

    **Year of Completion:** 2017
    **Date of 1st Publication:** September 28, 2017
    **Nation of 1st Publication:** South Africa

**Author**

    •   **Author:** Jennifer Le Feuvre
    **Pseudonym:** Micklyn Le Feuvre
    **Author Created:** 2-D artwork
    **Citizen of:** South Africa

**Copyright Claimant**

    **Copyright Claimant:** Jennifer Le Feuvre
    5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

**Rights and Permissions**

    **Name:** Jennifer Le Feuvre
    **Email:** micklynart@gmail.com
    **Address:** 5 Mannings Lane
    La Concorde
    Cape Town 7130 South Africa

**Certification**

    **Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-810

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Heart Connections - watercolor painting

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 22, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-817

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Love in the Fall - Heart Tree Illustration

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 19, 2013
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-818

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Blue Green Ballpoint Pen Doodle Poem

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** November 12, 2013
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-395-875**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

**Title**

Title of Work: Mermaid's Garden - Navy & Teal Floral on Watercolor

**Completion/Publication**

Year of Completion: 2014
Date of 1st Publication: November 14, 2014
Nation of 1st Publication: South Africa

**Author**

- Author: Jennifer Le Feuvre
  Pseudonym: Micklyn Le Feuvre
  Author Created: 2-D artwork
  Citizen of: South Africa

**Copyright Claimant**

Copyright Claimant: Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

**Rights and Permissions**

Name: Jennifer Le Feuvre
Email: micklynart@gmail.com
Address: 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

**Certification**

Name: David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-396-037

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

**Title**

    **Title of Work:**  Topaz & Ruby Crystal Honeycomb Cubes

**Completion/Publication**

    **Year of Completion:**  2015
    **Date of 1st Publication:**  May 26, 2015
    **Nation of 1st Publication:**  South Africa

**Author**

    •  **Author:**  Jennifer Le Feuvre
    **Pseudonym:**  Micklyn Le Feuvre
    **Author Created:**  2-D artwork
    **Citizen of:**  South Africa

**Copyright Claimant**

    **Copyright Claimant:**  Jennifer Le Feuvre
    5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

**Rights and Permissions**

    **Name:**  Jennifer Le Feuvre
    **Email:**  micklynart@gmail.com
    **Address:**  5 Mannings Lane
    La Concorde
    Cape Town 7130 South Africa

**Certification**

    **Name:**  David Denholm

